

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT 2205 SOUTH ST. PAUL WAY CITY OF LAS VEGAS, NV 89104 COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:21-mj-00530-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through its attorneys, CHRISTOPHER CHIOU, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case.

**DATED**: August 24, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT 2205 SOUTH ST. PAUL WAY CITY OF LAS VEGAS, NV 89104 COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:21-mj-00530-BNW<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case is unsealed.

DATED: August 26, 2021.

_____.
HON. BRENDA WEKSLER
United States Magistrate Judge

2